I agree that under this Court's present case law the punitive damages award, as remitted, must be affirmed. However, I must point out that I dissented in Pacific Mutual Life Ins. Co. v.Haslip, 553 So.2d 537 (Ala. 1989), cert. granted, ___ U.S. ___,110 S.Ct. 1780, 108 L.Ed.2d 782 (1990), and that the issue raised in this case is the same as that presented in Haslip.
Therefore, if the Supreme Court of the United States reverses this Court's judgment in Haslip, then the judgment in this case should also be reversed. I must await, as everyone else must, the decision of the Supreme Court of the United States inPacific Mutual Life Ins. Co. v. Haslip.